

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. AND ALBERT DENZELL BARNES, | § | |
| | § | |
| Appellants, | § | No. 08-22-00105-CV |
| v. | § | Appeal from the |
| LAURA SANCHEZ, INDIVIDUALLY AND AS REPRESENTITIVE OF THE ESTATE | § | 112th Judicial District Court |
| OF OSCAR SANCHEZ, JR., DECEASED, CRISTIAN SANCHEZ, HALEY SANCHEZ, | § | of Reagan County, Texas |
| MARLEE SANCHEZ AND JADEN SANCHEZ, | § | (TC# CV02251) |
| | § | |
| Appellees. | § | |
| | § | |

**MEMORANDUM OPINION**

Both Appellants' motions to dismiss this appeal are before the Court.

Appellant Albert Denzell Barnes's motion to dismiss appeal states that the parties have settled all claims and executed a "Release of Judgment" releasing Appellant Barnes from all claims pertaining to this matter. His motion states that the Release of Judgment has been filed with the district court, and he asks this Court to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1) (the Court may dismiss an appeal in accordance with a motion of appellant).

Appellant Helmerich & Payne International Drilling Co.'s motion to dismiss is an unopposed motion to vacate the trial court's judgment without regard to the merits, and to remand the case to the trial court pursuant to Rule 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure. In effect, the motion indicates the parties have agreed to a resolution of this case. *See* TEX. R. APP. P. 42.1(a)(2)(B) (on agreement of the parties, allowing a court of appeals to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement"). Moreover, Helmerich & Payne International Drilling Co.'s motion certifies that neither Appellant Barnes nor Appellees oppose the relief requested in the motion.

Accordingly, as we have not yet issued an opinion in this case, we dismiss Appellant Barnes's appeal only pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). We further set aside the trial court's March 10, 2022 judgment as to Appellant Helmerich & Payne International Drilling Co. and without regard to the merits, remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(A)(2)(B). Each party shall bear its own costs incurred in this appeal. *See* TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

October 27, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

2